**Motion for Rehearing Granted; Memorandum Opinion issued April 18, 2013, Withdrawn and Dismissal Judgment Vacated; Appeal Reinstated; Order filed June 11, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00079-CV

_____

**MONICA J. GRAHAM, Appellant**

**V.**

**AMEGY BANK NATIONAL ASSOCIATION, Appellee**

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 979389**

## ORDER

On April 18, 2013, this court dismissed this appeal for want of prosecution because appellant had not paid for preparation of the clerk's record. *See* Tex. R. App. P. 37.3(b). Appellant had also failed to pay the appellate filing fee. *See* Tex. R. App. P. 5. On May 2, 2013, appellant filed a motion for rehearing, stating that

payment had been made and asking the court to reinstate the appeal. The clerk's record was filed May 2, 2013. The appellate filing fee was paid on May 7, 2013. On May 6, 2013, the court requested a response to appellant's motion for rehearing. *See* Tex. R. App. P. 49.2. No response was filed.

Accordingly, we **GRANT** appellant's motion for rehearing. This court's memorandum opinion issued April 18, 2013, is **WITHDRAWN,** the April 18, 2013, dismissal judgment is **VACATED,** and the appeal is ordered **REINSTATED.**

Appellant's brief shall be due on or before **July 11, 2013.**

PER CURIAM